**SWIGART LAW GROUP, APC**
JOSHUA B. SWIGART (State Bar No. 225557)
josh@swigartlawgroup.com
2221 Camino del Rio S, Suite 308
San Diego, CA 92108
Telephone: (866)-219-3343

**SHAY LEGAL, APC**
DANIEL G. SHAY (State Bar No. 250548)
dan@shaylegal.com
HARRISON J. LYNCH (State Bar No. 355139)
harrison@shaylegal.com
2221 Camino del Rio S, Suite 308
San Diego, CA 92108
Telephone: (619)-222-7429

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE J. PHILLIPS, an individual,<br>Plaintiff,<br>vs.<br>eMORTGAGE FUNDING LLC,<br>Defendant. | CASE NO. **1:26-cv-05477-SAB**<br><br>**REQUEST FOR ENTRY OF DEFAULT BY CLERK (FRCP 55(A))** |

Plaintiff Jake J. Phillips, hereby requests that the Clerk of the Court enter the default of Defendant eMortgage Funding LLC, pursuant to Federal Rule of Civil Procedure 55(a). As set forth in the record, the Summons and Complaint in this action were personally served on Defendant eMortgage Funding LLC on July 27, 2026. [Dkt. No. 4]. Under Federal Rule of Civil Procedure 12(a), Defendant was required to

serve a responsive pleading or otherwise respond within twenty-one (21) days after service, making its response due on or before August 17, 2026. More than twenty-one (21) days have elapsed since service, and Defendant has failed to plead, answer, or otherwise defend against the Complaint. On information and belief, Defendant is not a minor or incompetent person, and upon information and belief, is not in military service within the meaning of the Servicemembers Civil Relief Act. Accordingly, Plaintiff respectfully requests that the Clerk enter default against Defendant eMortgage Funding LLC.

Dated: August 27, 2026

Respectfully submitted,

SWIGART LAW GROUP, APC

*/s/ Joshua B. Swigart*
Joshua B. Swigart

*Attorneys for Plaintiff*