DAVID M. GILMORE, #105429
dgilmore@gmlegal.net
GM LEGAL
Post Office Box 28907
Fresno, California 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Nathan Lichtenstein,
nlichtenstein@agdglaw.com
ARONBERG GOLDGEHN
225 W. Washington St., Ste. 2800
Chicago, Illinois 60606
Telephone: (312) 755-3148
Facsimile: (312) 828-9635

Attorneys for eMortgage Funding LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAKE J. PHILLIPS, an individual,<br>Plaintiff,<br>v.<br>eMORTGAGE FUNDING LLC,<br>Defendant. | Case No. 1:26-cv-05477-SAB<br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT JUDGMENT AND EXTENDING TIME FOR RESPONSIVE PLEADING** |

Plaintiff Jake J. Phillips by and through his counsel, Joshua B. Swigart and Daniel G. Shay, and Defendant eMortgage Funding LLC by its counsel David M. Gilmore and Nathan Lichtenstein, stipulate and agree as follows:

1. Plaintiff Jake J. Phillips requested a default as to Defendant eMortgage Funding LLC on or about August 27, 2026, and it was entered on August 28, 2026.

2. Defendant contends it was not properly served with the complaint. Plaintiff contends service was valid.

3. The response to the complaint is now due from Defendant eMortgage Funding LLC.

4. Defendant has now retained counsel and the parties stipulate and agree that the default taken of eMortgage Funding LLC be set aside and that the Defendant file its response to the complaint within 21 days of the order setting aside the default.

DATED: August 31, 2026 GM LEGAL

By: /s/David M. Gilmore
David M. Gilmore
Attorneys for eMortgage Funding LLC

DATED: August 31, 2026 SWIGART LAW GROUP APC

By: /s/Joshua B. Swigart
Joshua B. Swigart
Attorneys for Jake J. Phillips

**ORDER**

Based on the stipulation of the parties and for good cause, IT IS HEREBY ORDERED that (a) the default of Defendant eMortgage Funding LLC is hereby set aside and said Defendant shall file an answer to the complaint within 21 days hereof.

DATED: ___________, 2026

JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

**Jake J. Phillips v. eMortgage Funding LLC**
**Case No. 1:26-cv-05477-SAB**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Fresno, State of . My business address is Post Office Box 28907, Fresno, CA 93729-8907.

On September 2, 2026, I served true copies of the following document(s) described as **STIPULATION AND ORDER TO SET ASIDE DEFAULT JUDGMENT AND EXTENDING TIME FOR RESPONSIVE PLEADING** on the interested parties in this action as follows:

Joshua B. Swigart
Swigart Law Group APC
2221 Camino del Rio S., Ste. 308
San Diego, CA 92108
T: (866) 219-3343
E: josh@swigartlawgroup.com;
katherine@swigartlawgroup.com;
alayna@swigartlawgroup.com;

*Attornev for Plaintiff*

Daniel G. Shay
Harrison J. Lynch
Shay Legal, APC
2221 Camino del Rio S., Ste. 308
San Diego, CA 92108
T: (619) 222-7429
E: dan@shaylegal.com;
harrison@shaylegal.com

*Attornev for Plaintiff*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 2, 2026, at Blanchard, Oklahoma.

/s/Irene Willard
Irene Willard