# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE J. PHILLIPS,<br>Plaintiff,<br>v.<br>EMORTGAGE FUNDING LLC,<br>Defendant. | Case No. 1:26-cv-05477-SAB<br><br>ORDER REGARDING STIPULATION SETTING ASIDE DEFAULT AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED<br><br>(ECF No. 8) |

On July 15, 2026, Plaintiff Jake J. Phillips commenced this action alleging violations of the Telephone Consumer Protection Act and the California Invasion of Privacy Act against eMortgage Funding LLC. (ECF No. 1.) On August 28, 2026, the Clerk entered an entry of default as to Defendant. (ECF No. 6.) On September 2, 2026, the parties filed a stipulation to set aside the entries of default and extend the time for Defendant to respond to the complaint within twenty-one days of the Court's order. (ECF No. 8.) The Court finds good cause exists to grant the stipulated relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's entry of default against Defendant eMortgage Funding LLC (ECF No. 6) is hereby SET ASIDE; and

/ / /

/ / /

2. Defendant shall file a responsive pleading **within twenty-one (21) days of this Order.**

IT IS SO ORDERED.

Dated: **September 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge