# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE J. PHILLIPS,<br>Plaintiff,<br>v.<br>EMORTGAGE FUNDING LLC,<br>Defendant. | Case No. 1:26-cv-05477-SAB<br><br>ORDER GRANTING KHOA D. TRINH'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 11) |

Before the Court is the application of Khoa D. Trinh's, attorney for eMortgage Funding LLC, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **October 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge