# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE J. PHILLIPS,<br>Plaintiff,<br>v.<br>EMORTGAGE FUNDING LLC,<br>Defendant. | Case No. 1:26-cv-05477-SAB<br><br>ORDER DIRECTING DEFENDANT TO CONSIDER WHETHER TO WITHDRAW MOTION TO DISMISS IN LIGHT OF THE FILING OF THE FIRST AMENDED COMPLAINT<br><br>(ECF No. 10)<br><br>**OCTOBER 16, 2026 DEADLINE** |

On September 24, 2026, Defendant eMortgage Funding LLC filed a motion to dismiss. (ECF No. 10.) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), on October 8, 2026, Plaintiff filed a first amended complaint as a matter of course. (ECF No. 15.)

It is well-established in the Ninth Circuit that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent." Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015), quoting Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997) (internal citation omitted), *overruled on other grounds by* Lacey v. Maricopa County, 693 F.3d 896, 927-28 (9th Cir. 2012).

/ / /

/ / /

/ / /

/ / /

In light of the foregoing, it appears that Defendant's first motion to dismiss is now moot. The Court DIRECTS Defendant to consider whether to withdraw the motion to dismiss filed on September 24, 2026. (ECF No. 10.) Defendant shall have through **October 16, 2026**, to withdraw this motion.

IT IS SO ORDERED.

Dated: **October 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge