# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE J. PHILLIPS,<br>Plaintiff,<br>v.<br>EMORTGAGE FUNDING, LLC,<br>Defendant. | Case No. 1:26-cv-05477-SAB<br><br>ORDER REGARDING STIPULATION FOR COUNSEL TO APPEAR BY VIDEO AT HEARING ON MOTION TO DISMISS<br><br>(ECF No. 21) |

The Court has reviewed the parties' stipulation for counsel to appear via Zoom for the hearing on Defendant's motion to dismiss. For good cause shown, the Court APPROVES the stipulation. Counsel for each party may appear via video at the hearing on Defendant's motion to dismiss on December 9, 2026, at 10:00 a.m. The Court will provide the videoconference login information before the hearing.

IT IS SO ORDERED.

Dated: **November 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge